People of the State of Illinois, Plaintiff-Defendant in Error, v. Harold E. Fields, Defendant-Plaintiff in Error.

Gen. No. 10,215.

Third District.

October 22, 1959.

Released for publication November 9, 1959.

Robert C. Summers, for plaintiff in error; Robert W. McDonald, State's Attorney of Champaign county, for defendant in error. Opinion by JUDGE ROETH. Not to be published in full.